IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MILDRED J. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv944-MHT |
| | ) | (WO) |
| VIRGINIA COLLEGE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

With the plaintiff's consent (doc. no. 21), it is
ORDERED as follows:

(1) The defendant's motion to compel arbitration
(doc. no. 7) is granted.

(2) The plaintiff and the defendant are to submit
their dispute to arbitration.

(3) The defendant's motion to dismiss (doc. no. 7)
is denied at this time.

(4) All proceedings in this case are stayed pending
arbitration.

(5) The parties are to file joint status reports
every 90 days.

**(6) This case is closed administratively.**

**DONE, this the 17th day of August, 2015.**


                              **/s/ Myron H. Thompson**
               _____
                      **UNITED STATES DISTRICT JUDGE**